U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED May 29 2020
CAROL L. MICHEL
CLERK

**SEALED**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Robert Romero,<br><br>Plaintiff,<br><br>v.<br><br>AECOM, XAVIER UNIVERSITY OF LOUISIANA, DILLARD UNIVERSITY, the ROMAN CATHOLIC CHURCH of the ARCHDIOCESE OF NEW ORLEANS, and RANDALL KRAUSE,<br><br>Defendants. | Civil Action No. 16-cv-15092<br><br>Section "L" (4)<br><br>Judge Fallon<br><br>Magistrate Roby<br><br>**FILED *EX PARTE* AND UNDER SEAL** |

### THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action. Specifically, the United States (1) intervenes and intends to proceed with this action against Defendants AECOM and the Roman Catholic Church of the Archdiocese of New Orleans ("ANO"); (2) intervenes for the purpose of settlement against Defendant Xavier University of Louisiana ("Xavier"); and (3) declines intervention against Defendants Dillard University and Randall Krause. The United States respectfully requests sixty days, up to and including July 28, 2020, to file its Complaint in Intervention.

With respect to Defendant Xavier, the United States and Relator have reached a settlement agreement with Xavier to resolve all claims pending against Xavier. In light of this agreement, and for the purpose of effectuating that resolution with Xavier, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully advises the Court of

___ Fee _____
___ Process _____
___ Dktd _____
___ CtRmDep _____
___ Doc. No _____

its decision to intervene in part for purposes of settlement with Xavier. Specifically, the United States intervenes for purposes of settlement with respect to the claims identified in Paragraph C of the parties' settlement agreement dated December 2, 2019 ("Settlement Agreement"). Pursuant to the terms of the Settlement Agreement, the United States and Relator will file a stipulation of dismissal as to Xavier only pursuant to Federal Rule of Civil Procedure 41(a).

Although the United States is declining to intervene in portions of this action, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1). That provision allows the relator to maintain the non-intervened portions of the action in the name of the United States, provided, however, that those portions of the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* In accordance with this provision, the United States respectfully requests that, should either the relator or the defendants propose that those portions of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court solicit the written consent of the United States before ruling upon such request.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States respectfully requests that all pleadings filed in this action, including those pertaining to the non-intervened portions, be served upon the United States. The United States similarly requests that all orders issued by the Court be sent to government counsel as well.

The United States respectfully reserves its right to order any deposition transcripts, and to intervene, for good cause, at a later date in those non-intervened portions of this action. The United States also respectfully reserves the right to seek the dismissal of the relator's action or

2

claim(s) on any appropriate ground(s) including under 31 U.S.C. §§ 3730(b)(5) and (e)(4). The United States also requests that it be served with all notices of appeal.

The United States requests that the Court unseal Relator's Third Amended Complaint (Dkt. No. 24); this Notice; and the attached proposed order. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

May 29, 2020                             Respectfully submitted,

                                         JOSEPH H. HUNT
                                         Assistant Attorney General


                                         */s/ Loan "Mimi" Nguyen*
                                         JAMIE ANN YAVELBERG
                                         COLIN M. HUNTLEY
                                         ZACHARY WILLIAMS
                                         LAURA E. HILL
                                         BREANNA L. PETERSON
                                         United States Department of Justice
                                         Civil Division, Fraud Section
                                         175 N Street, NE
                                         Room 10.1330
                                         Washington, DC 20002
                                         Tel: (202) 353-1220
                                         Email: Zachary.M.Williams@usdoj.gov

                                         MICHAEL M. SIMPSON
                                         First Assistant United States Attorney
                                         Acting Under Authority Conferred by 28 U.S.C. § 515

LOAN "MIMI" NGUYEN
Assistant United States Attorney
650 Poydras St., Suite 1600
New Orleans, LA 70130
Tel: (504) 680-3000
Email: Mimi.Nguyen@usdoj.gov

*Attorneys for the United States of America*