**SEALED**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Robert Romero,<br><br>Plaintiff,<br><br>v.<br><br>AECOM, XAVIER UNIVERSITY OF LOUISIANA, DILLARD UNIVERSITY, the ROMAN CATHOLIC CHURCH of the ARCHDIOCESE OF NEW ORLEANS, and RANDALL KRAUSE,<br><br>Defendants. | Civil Action No. 16-cv-15092<br><br>Section "L" (4)<br><br>Judge Fallon<br><br>Magistrate Roby |

**ORDER**

Considering the United States' Notice of its decision to (1) intervene and proceed with this action against Defendants AECOM and the Roman Catholic Church of the Archdiocese of New Orleans ("ANO"), (2) intervene for the purpose of settlement against Defendant Xavier University of Louisiana, (3) decline intervention against Defendants Dillard University and Randall Krause, R. Doc. 41;

**IT IS ORDERED** that:

1. Relator's Third Amended Complaint, R. Doc. 24, and the United States' Notice of Election; and this Order be unsealed;

2. All other contents of the matters previously filed in this action (including, but not limited to, any applications filed by the United States for extensions of the investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) should remain under seal and not be made public or served upon any remaining Defendants until such time as the Court orders otherwise;

3. The United States shall have 60 days, up to and including July 28, 2020, to file its complaint in intervention;

4. In accord with 31 U.S.C. § 3730(b)(1), Relator may maintain in the name of the United States the parts of the action in which the United States has not intervened;

5. If Relator elects to pursue the parts of the action in which the United States has not intervened, Relator shall have 60 days, up to and including July 28, 2020, to serve relator's complaint;

6. Concerning the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in those parts of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in those parts of the actions, for good cause, at any time. The United States shall receive notice and an opportunity to object to a dismissal or a settlement and leave to intervene upon demonstrating good cause;

7. The parties shall serve all notice of appeal upon the United States; and

8. All orders of this Court shall be sent to the United States.

New Orleans, Louisiana, this 2nd day of June, 2020.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

CC:

Loan "Mimi" Nguyen
Assistant United States Attorney
United States Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, LA 7010
Email: Mimi.Nguyen@usdoj.gov