UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Robert Romero,<br><br>Plaintiff,<br><br>v.<br><br>AECOM, *et al.*,<br><br>Defendants. | Civil Action No. 16-cv-15092<br><br>Section "L" (4)<br><br>Judge Fallon<br><br>Magistrate Roby |

**JOINT STATUS REPORT SUBMBITTED BY**
**UNITED STATES AND ROMAN CATHOLIC ARCHDIOCESE OF NEW ORLEANS**

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2) and (4), on May 29, 2020, the United States notified the Court of its decision to intervene and proceed with this action against AECOM and other defendants, including the Roman Catholic Church of the Archdiocese of New Orleans ("ANO"). Since that time, the United States and ANO have agreed on the terms of a potential settlement. The United States and ANO are currently working to finalize those terms through the necessary authorizations and approvals on both sides, including approval in ANO's bankruptcy proceeding, *The Roman Catholic Church for the Archdiocese of New Orleans*, 2:20-bk-10846 (Bankr. E.D. La.).

If the settlement between the United States and ANO has not been finalized by August 24, 2020, and if the United States has not amended its Complaint by August 24, 2020, to include ANO as a defendant pursuant to Rule 15 of the Federal Rules of Civil Procedure, the United States and ANO propose filing a Joint Status Report on or before August 24, 2020, notifying the Court of the status of the potential settlement.

A proposed Order is attached to this Joint Status Report.

July 24, 2020						Respectfully submitted,

						ETHAN P. DAVIS
						Principal Deputy Assistant Attorney General


						*Loan "Mimi" Nguyen*
						JAMIE ANN YAVELBERG
						COLIN M. HUNTLEY
						ZACHARY WILLIAMS
						LAURA E. HILL
						BREANNA L. PETERSON
						United States Department of Justice
						Civil Division, Fraud Section
						175 N Street, NE
						Room 10.1330
						Washington, DC 20002
						Tel: (202) 353-1220
						Email: Zachary.M.Williams@usdoj.gov

						MICHAEL M. SIMPSON
						First Assistant United States Attorney
						Acting Under Authority Conferred by 28 U.S.C. § 515

						LOAN "MIMI" NGUYEN
						Assistant United States Attorney
						CHARLES SCHEXNAILDRE
						Special Assistant United States Attorney
						650 Poydras St., Suite 1600
						New Orleans, LA 70130
						Tel: (504) 680-3000
						Email: Mimi.Nguyen@usdoj.gov

						*Counsel for the United States of America*


						*Brian J. Capitelli*
						Brian J. Capitelli
						Capitelli & Wicker
						1100 Poydras Street, Suite 2950
						New Orleans, LA 70163
						Tel: (504) 582-2425

						2

Email: brian@capitelliandwicker.com

*Counsel for Roman Catholic Church of the Archdiocese
   of New Orleans*