UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Robert Romero, <br><br> Plaintiff, <br><br> v. <br><br> AECOM, et al., <br><br> Defendants. | Civil Action No. 16-cv-15092 <br><br> JUDGE FALLON <br><br> MAGISTRATE ROBY |

## ORDER

The Court, having considered the United States' and ANO's Joint Status Report, ORDERS that, on or before August 24, 2020, if a settlement has not been finalized, and if the United States has not amended its Complaint to include ANO as a Defendant, the Parties shall file a Joint Status Report notifying the Court of the status of the potential settlement.

SO ORDERED.

Thus done and signed this 28th day of July, 2020.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE