UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Robert Romero, <br><br>Plaintiff, <br><br>v. <br><br>AECOM, et al., <br><br>Defendants. | Civil Action No. 16-cv-15092 <br><br> Judge Fallon <br><br> Magistrate Judge Roby |

## MOTION TO WITHDRAW LUKE J. DIAMOND AS COUNSEL

**NOW INTO COURT**, through the undersigned attorneys, comes Plaintiff-Relator Robert Romero and respectfully moves this Honorable Court for an order withdrawing Luke J. Diamond of the law firm Phillips & Cohen LLP, 2000 Massachusetts Ave. NW, Washington, D.C. 20036, as counsel of record in the captioned matter. Mr. Diamond is leaving the law firm of Phillips & Cohen LLP.

Phillips & Cohen LLP will continue to serve as counsel of record for Plaintiff-Relator. In addition, Vezina & Gattuso, LLC, will continue to serve as local counsel of record for Plaintiff-Relator.

A proposed Order is attached for the Court's convenience.

Dated: February 19, 2021                                                     Respectfully Submitted,

1

*/s/ Amy L. Easton*
Amy L. Easton
DC Bar No. 763710
PHILLIPS & COHEN LLP
2000 Massachusetts Ave NW
Washington, D.C. 20036
Tel: (202) 833-4567
aeaston@phillipsandcohen.com

*/s/ J. Marc Vezina*
J. Marc Vezina
LA Bar No. 24683
VEZINA & GATTUSO, LLC
401 Weyer Street, P.O. Box 461
Gretna, LA 70054
Tel: (504) 368-5223
jmv@vezinalaw.com

*Counsel for Plaintiff-Relator Robert Romero*

## CERTIFICATE OF SERVICE

I certify that on February 19, 2021, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ *J. Marc Vezina*
J. Marc. Vezina