UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Robert Romero,<br><br>    Plaintiff,<br><br>        v.<br><br>AECOM, et al.,<br><br>    Defendants. | Civil Action No. 16-cv-15092<br><br>Judge Fallon<br><br>Magistrate Judge Roby |

## **ORDER**

CONSIDERING the foregoing Motion to Withdraw Luke J. Diamond as Counsel;

**IT IS HEREBY ORDERED** that Luke J. Diamond of the law firm Phillips & Cohen LLP is withdrawn as counsel of record for Plaintiff-Relator Robert Romero.

This \_\_\_\_ day of February 2021 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE ELDON E. FALLON