UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES ex rel. ROBERT ROMERO,** | * | No. 16-CV-15092 |
| | * | SECTION "L" (4) |
| v. | * | JUDGE FALLON |
| **AECOM, et al.** | * | MAGISTRATE JUDGE ROBY |
| | * * * | |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's June 4, 2021 Order [Dkt. 128], Plaintiff the United States of America, Defendants AECOM, Emergency Response Program Management Consultants, AECOM Technical Services, Inc. and AECOM Recovery (collectively, "AECOM Defendants"), and Defendant the Louisiana Department of Education ("LDOE") hereby submit this Proposed Joint Scheduling Order.

1. **Initial Disclosures.** Initial disclosures pursuant to Fed. R. Civ. P. 26 (a)(1) shall be exchanged not later than August 6, 2021.

2. **Amended Pleadings and Addition of ANO.** As described in the Joint Status Reports submitted by the United States and the Roman Catholic Archdiocese of New Orleans ("ANO") on July 27, 2020, August 24, 2020, October 26, 2020, January 25, 2021, and April 23, 2021, the United States and ANO are awaiting the bankruptcy court's order on the Official Committee of Unsecured Creditors' motion to dismiss before they can request approval for a settlement in the bankruptcy proceeding.  If the settlement is not finalized by December 10, 2021, the United States will amend its Complaint to include ANO as a defendant—for which ANO has agreed to

provide written consent as required by Fed. R. Civ. P. 15(a)(2)—and will serve the complaint and this Order on ANO.

3. **Amended Pleadings and Addition of Any Other Parties.** All other amendments to pleadings, third-party actions, cross-claims, and counterclaims, shall be filed no later than October 4, 2021, with leave of Court. Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Scheduling Order. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

4. **Fact Discovery.** For the purposes of fact discovery, AECOM, Emergency Response Program Management Consultants, AECOM Technical Services, Inc., and AECOM Recovery (hereinafter collectively "the AECOM Defendants") shall be treated as a single entity. Commencing as of the date this Order is entered, Plaintiffs, the AECOM Defendants, and the Louisiana Department of Education (LDE) shall each be entitled to propound discovery upon:

    a. <u>Requests for Production.</u> Propound requests for the production of documents no later than January 26, 2022. Parties should serve objections and produce documents on a rolling basis, but each party must complete its production of documents responsive to the requests no later than February 25, 2022. Motions to compel production of documents pursuant to requests for production shall be filed no later than April 8, 2022.

    b. <u>Interrogatories.</u> Pursuant to Fed. R. Civ. P. 33, a party may serve on any other party no more than twenty-five (25) interrogatories. A party may seek leave of Court to exceed 25 interrogatories. A party must serve all interrogatories no later than January 26, 2022. Consistent with Fed. R. Civ. P. 33(b)(2), the responding party must serve its answers and any objections within 30 days after being served with the interrogatories. Motions to compel answers to interrogatories shall be filed no later than April 8, 2022.

c. <u>Requests for Admission.</u>  A party must serve any written requests for admission no later than January 26, 2022.  Consistent with Fed. R. Civ. P. 36(a)(3), unless otherwise ordered by the Court, the responding party must serve its written answers and any objections within 30 days after being served with the written requests for admission.  Motions to compel answers to written requests for admission shall be filed no later than April 8, 2022.

d. <u>Depositions – United States' Proposal.</u>  Pursuant to Fed. R. Civ. P. 30 and 31, each party may take up to thirty (30) fact depositions.  Pursuant to Fed. R. Civ. P. 30(b)(6) each party may take one (1) 30(b)(6) deposition of each party totaling twenty (20) hours.  Depositions must be completed no later than June 24, 2022.  Motions to compel testimony shall be filed no later than July 8, 2022.

<u>Depositions – Defendants' Proposal.</u>  Pursuant to Fed. R. Civ. P. 30 and 31, each party may take up to thirty (30) fact depositions, to include Rule 30(b)(6) depositions.  The number and duration of Rule 30(b)(6) depositions will be governed by the Federal Rules of Civil Procedure.  Depositions must be completed no later than June 24, 2022.  Motions to compel testimony shall be filed no later than July 8, 2022.

5. **Expert Discovery.** To the extent the plaintiff relies upon any experts, the plaintiff shall furnish to all other parties their expert reports in accordance with Fed. R. Civ. P. 26(a)(2)(B) or their written disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) no later than July 22, 2022.  To the extent defendants rely upon any experts, they shall furnish to all other parties their expert reports in accordance with Fed. R. Civ. P. 26(a)(2)(B) or their written disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) no later than August 31, 2022.  Any rebuttal reports shall be furnished to all other parties no later than September 30, 2022.  The parties should provide the

dates of availability of their experts for depositions no later than October 7, 2022 and expert depositions should be completed on or before November 11, 2022.

6. *Daubert* **Challenges.** To the extent any party files a *Daubert* challenge to any experts, such motion shall be filed on or before December 15, 2022, so that briefing can take place and the Court can schedule a hearing, if necessary. The parties are encouraged to meet and confer in advance to avoid the filing of unnecessary motions relating to *Daubert* challenges.

7. **Dispositive Motions.** All non-evidentiary pretrial motions, including dispositive motions, may be filed as soon as practicable but must be filed and served not later than January 16, 2023. Any motions filed in violation of this Order shall be deemed waived unless good cause is shown. Electronic versions of deposition transcripts shall be in uncompressed format as a searchable PDF.  All attachments submitted in support of motions must be legible.

8. **Motions *In Limine* On All Other Matters.**  All other motions *in limine* and memoranda in support shall be filed 21 days before the pretrial conference, and responses thereto shall be filed 10 days before the pretrial conference.  Replies, if any, shall be filed no later than three days after opposing party's response deadline.

9. **Witness and Exhibit Lists.**  Counsel for each party shall file in the record and serve upon each other party a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than 21 days before the pretrial conference. Objections to another party's proposed witnesses or exhibits shall be filed no later than 10 days before the pretrial conference.

10. **Deposition Designations.**  Counsel for each party shall file in the record and serve upon each other party a list of all deposition testimony that each party intends to offer into evidence at trial pursuant to Fed. R. Civ. P. 32 not later than 21 days before the pretrial conference.

Objections to another party's proposed deposition testimony shall be filed no later than 10 days before the pretrial conference.

**11. Final Pretrial Conference.** A final pretrial conference will be held 7 days before trial.

**12. Trial.** The parties suggest that the Court set a trial date with a jury in early-to-mid-2023 consistent with the Court's availability.

June 21, 2021                               Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Acting Assistant Attorney General


                                            /s/ Loan "Mimi" Nguyen
                                            JAMIE ANN YAVELBERG
                                            COLIN HUNTLEY
                                            ZACH WILLIAMS
                                            LAURA E. HILL
                                            BREANNA L. PETERSON
                                            RICHARD HAGNER
                                            United States Department of Justice
                                            Civil Division, Fraud Section
                                            175 N Street, NE
                                            Room 10.1330
                                            Washington, DC 20002
                                            Tel: (202) 353-1272
                                            Email:  Zachary.M.Williams@usdoj.gov
                                            Laura.E.Hill@usdoj.gov
                                            Breanna.L.Peterson@usdoj.gov
                                            Richard.W.Hagner@usdoj.gov

                                            DUANE EVANS
                                            United States Attorney

                                            LOAN "MIMI" NGUYEN
                                            Assistant United States Attorney

                                            CHARLES SCHEXNAILDRE
                                            Special Assistant United States Attorney
                                            650 Poydras Street
                                            New Orleans, LA 70130

Tel: (504) 680-3000
Email: Mimi.Nguyen@usdoj.gov

*Attorneys for the United States of America*


  /s/ Amy L. Easton
Peter W. Chatfield
Amy L. Easton
PHILLIPS & COHEN LLP
2000 Massachusetts Ave NW
Washington D.C. 20036
Tel:  (202) 833-4567
peter@phillipsandcohen.com
aeaston@phillipsandcohen.com

Jeffrey W. Dickstein
PHILLIPS & COHEN LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, Florida 33131
Tel: (305) 372-5200
jdickstein@phillipsandcohen.com

Gerald E. Meunier
Michael J. Ecuyer
M. Palmer Lambert
Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
Energy Centre Building
1100 Poydras Street
Suite 2800
New Orleans, LA 70163
Tel. (504) 522-2304
Fax. (504) 528-9973
gmeunier@gainsben.com

*Attorneys for Relator Robert Romero*


/s/ Matthew S. Chester
Matthew S. Chester (36411)
Emily Olivier Kesler (37747)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200

Facsimile: (504) 636-4000
E-mail: mchester@bakerdonelson.com
ekesler@bakerdonelson.com

Craig D. Margolis (admitted pro hac vice)
Christian Sheehan (admitted pro hac vice)
Sonia Tabriz (admitted pro hac vice)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-6574
Email: craig.margolis@arnoldporter.com
christian.sheehan@arnoldporter.com
sonia.tabriz@arnoldporter.com

*Attorneys for Defendants AECOM, Emergency Response Program Management Consultants, AECOM Technical Services, Inc., and AECOM Recovery*

JEFF LANDRY
Attorney General

 /s/ Timothy W. Hassinger
TIMOTHY W. HASSINGER (#25085)
PATRICK J. SCHEPENS (#32240)
MELANIE C. DONAHUE (#32115)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Boulevard, 3rd Floor
Mandeville, Louisiana 70471
Telephone: (985) 674-6680
Facsimile: (985) 674-6681
Special Assistant Attorneys General

JOAN E. HUNT (#1428)
R. CHRISTOPHER FRUGE (#25056)
LOUISIANA DEPARTMENT OF EDUCATION
1201 North Third Street
Baton Rouge, LA 70802
Telephone: (225) 342-3572
Facsimile: (225) 342-1197

PAUL B. UNKAUF (#19816)
RECOVERY SCHOOL DISTRICT
909 Poydras Street, Suite 1230

New Orleans, Louisiana 70112
Telephone: (504) 593-2602

*Attorneys for Defendant Louisiana Department of Education*