UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Robert Romero,<br><br>Plaintiff,<br><br>v.<br><br>AECOM, XAVIER UNIVERSITY OF LOUISIANA, DILLARD UNIVERSITY, the ROMAN CATHOLIC CHURCH of the ARCHDIOCESE OF NEW ORLEANS, and RANDALL KRAUSE,<br><br>Defendants. | Civil Action No. 16-cv-15092<br><br>Section "L" (4)<br><br>Judge Fallon<br><br>Magistrate Judge Roby |

**ORDER OF DISMISSAL OF
THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and Relator Robert Romero filed a Joined Stipulation of Dismissal of the Roman Catholic Church of the Archdiocese of New Orleans ("New Orleans Archdiocese") in this civil action. Upon due consideration of the Joint Stipulation, the United States' Notice of Intervention (R. Doc. 41), and the other matters of record in this action,

**IT IS HEREBY ORDERED** that:

1. The claims against Defendant New Orleans Archdiocese are dismissed, consistent with the Settlement Agreement, with prejudice as to the "Covered Conduct," as that term is defined in Paragraph C of the Settlement Agreement; and

1

2. Having determined that there is no just reason for delay, final judgment shall be entered as to only New Orleans Archdiocese.

3. The Court retains jurisdiction over any dispute that may arise regarding the Settlement Agreement.

New Orleans, Louisiana, this  15th  day of  December , 2021

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE