MINUTE ENTRY
FALLON, J.
DECEMBER 17, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**EX REL. ROBERT ROMERO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-15092** |
| **AECOM, ET AL.** | **SECTION L (4)** |

A telephone status conference was held on this date from the chambers of the Honorable Eldon E. Fallon. Gerald Meunier, Michael Ecuyer, Amy Easton, and Jeffrey Dickstein participated for the Relator. Zachary Williams, Breanna Peterson, Judy Bao, Richard Hagner, Mimi Nguyen, and Charles Schexnaildre participated for the United States. Matthew Chester, Christian Sheehan, Jayce Born, and Sonia Tabriz participated for AECOM. Timothy Hassinger and Melanie Donahue participated for the Louisiana Department of Education.

The parties discussed the status of discovery. The Court encouraged the parties to timely produce all relevant documents pursuant to the discovery deadlines and on a rolling basis.

The parties also discussed the United States's deposition of Randall Krause, which is scheduled for January 13, 2022 from 8:00 AM to 6:00 PM (Central). The Court will attend the deposition via Zoom and will rule on any objections as they are made.

The Court set another telephone status conference in late January. Accordingly,

**IT IS ORDERED** that a telephone status conference is **SCHEDULED** for January 26, 2022 at 1:30 PM (Central). Prior to the status conference, the parties shall advise the Court by

1

letter of any discovery disputes that require the Court's intervention. The parties are instructed to use the following dial-in information and to join the line at least five minutes before the scheduled time.

   Dial-in:  877-336-1839

   Access code: 4227405

JS10 (00:22)