UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **EX REL. ROBERT ROMERO** | CIVIL ACTION |
| **VERSUS** | NO. 16-15092 |
| **AECOM, ET AL.** | SECTION L (4) |

## ORDER

To discuss the pending motion for extension of deadlines and continuance of trial;

**IS IT ORDERED** that a telephone status conference will be held in the above-captioned matter on Wednesday, April 5, 2023 at 3:00 P.M. C.S.T. The parties are directed to use the following information to dial-in and to be on the line at least five minutes before the scheduled time.

Dial-In: (877) 336 1839

Access Code: 4227405

New Orleans, Louisiana, this 3rd day of April, 2023

_____
United States District Judge