UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**EX REL. ROBERT ROMERO** | | **CIVIL ACTION** |
| **VERSUS** | | **NO. 16-15092** |
| **AECOM, ET AL.** | | **SECTION L (4)** |

## ORDER

**IT IS ORDERED** that the Government file a response to AECOM's Discovery

Dispute Letter, R. Doc. 281, no later than Monday, May 15, 2023.

New Orleans, Louisiana, this 12th day of May, 2023.

_____
United States District Judge